Certificate Number: 05781-PAM-DE-036226300

Bankruptcy Case Number: 21-02629


05781-PAM-DE-036226300

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 28, 2021</u>, at <u>1:14</u> o'clock <u>AM PST</u>, <u>Thelma Dickerson</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 28, 2021</u>　　　　By: <u>/s/Allison M Geving</u>

　　　　　　　　　　　　　　　　Name: <u>Allison M Geving</u>

　　　　　　　　　　　　　　　　Title: <u>President</u>