United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                            Case No. 21-02629-HWV

Thelma I Dickerson                                                                                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                               User: admin                                                             Page 1 of 2
Date Rcvd: Apr 12, 2022                                     Form ID: 318                                             Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thelma I Dickerson, 1102 Celeste Drive, Shippensburg, PA 17257-8997 |
| 5450530 | + | ARS Resources, PO Box1056, Blue Bell, PA 19422-0287 |
| 5450534 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5450536 | + | Commercial Acceptance Co, P O Box 3268, Camp Hill, PA 17011-3268 |
| 5450538 | | Department of Labor & Industry, Unemployment Compensation Benefit, 56 East Grant St, Lancaster, PA 17602 |
| 5450540 | + | Holy Spirit EMS, P O Box 983029, Boston, MA 02298-3029 |
| 5450543 | | Ludwick Eye Center, Fifth Avenue, Chambersburg, PA 17201 |
| 5450545 | | Midland Credit, 320 East Beaver Street, Troy, MI 48083 |
| 5450548 | + | Peerless Credit Svcs Inc, P O Box 518, Middletown, PA 17057-0518 |
| 5450549 | ++ | RAUSCH STURM LLP, 250 N SUNNYSLOPE ROAD, BROOKFIELD WI 53005-4824 address filed with court:, Rausch Sturm, LLC, 250 North Sunnyslope Road, Brookfield, WI 53005 |
| 5450550 | + | Select Portolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 5450551 | + | Shippensburg EMS, C/O Commercial Acceptance Co, 2 W Main St, Camp Hill, PA 17011-6326 |
| 5450552 | + | Shippensburg EMS, C/O ProMed Svc Inc, 4 W Main St, Camp Hill, PA 17011-6326 |
| 5450553 | + | Summit Physicians Svcs, 785 Fifth Ave, Ste 3, Chambersburg, PA 17201-4232 |
| 5450555 | + | Tate & Kirlin Associates, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 5450559 | + | Well Span Health, 760 E Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5450532 | + | EDI: CAPITALONE.COM | Apr 12 2022 22:38:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5450531 | | EDI: CAPITALONE.COM | Apr 12 2022 22:38:00 | Capital One, P O Box 85167, Richmond, VA 23285-5167 |
| 5450533 | + | EDI: CAPITALONE.COM | Apr 12 2022 22:38:00 | Capital One /Wal Mart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5450535 | + | EDI: WFNNB.COM | Apr 12 2022 22:38:00 | Commenity Banks, PO Box 182120, Columbus, OH 43218-2120 |
| 5450539 | + | Email/Text: bknotice@ercbpo.com | Apr 12 2022 18:35:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5450541 | + | EDI: IIC9.COM | Apr 12 2022 22:38:00 | IC System Inc, P O Box 64378, Saint Paul, MN 55164-0378 |
| 5450544 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 18:41:53 | LVNV Funding LLC, P O Box 10584, Greenville, SC 29603-0584 |
| 5450546 | + | Email/Text: Bankruptcies@nragroup.com | Apr 12 2022 18:35:00 | National Recovery Agency, P O Box 67015, Harrisburg, PA 17106-7015 |
| 5450547 | + | EDI: AGFINANCE.COM | Apr 12 2022 22:38:00 | One Main Financial, P O Box 1010, Evansville, IN 47706-1010 |
| 5450549 | | Email/Text: lawfirmTX@rsieh.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 12 2022 18:35:00 | Rausch Sturm, LLC, 250 North Sunnyslope Road, Brookfield, WI 53005 |
| 5450554 | + | EDI: RMSC.COM | Apr 12 2022 22:38:00 | SYNCB Wal Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5450550 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 12 2022 18:35:00 | Select Portolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 5450556 | + | EDI: PRATHEBUR | Apr 12 2022 22:38:00 | The Bureaus, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5450557 | + | EDI: WFNNB.COM | Apr 12 2022 22:38:00 | Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5450558 | + | EDI: RMSC.COM | Apr 12 2022 22:38:00 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5450537 | | Cumberland Goodwill |
| 5450542 | | John A Dickerson |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Michael John Csonka | on behalf of Debtor 1 Thelma I Dickerson office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | |
|---|---|
| **Debtor 1** Thelma I Dickerson <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0937 <br> EIN   __–_____ |
| **Debtor 2** <br> (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | |
| Case number:   1:21-bk-02629-HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thelma I Dickerson

4/12/22

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**